ACCEPTED
01-15-00392-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/6/2015 6:28:00 AM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00392-CV

### In the Court of Appeals for the First District of Texas Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/6/2015 6:28:00 AM

CHRISTOPHER A. PRINE
Clerk

### HUGH LARKIN

### *Relator*

### RELATOR'S MOTION TO DELIVER PRIVILEGED DOCUMENTS FOR IN CAMERA REVIEW

On Petition for Writ of Mandamus
from the Civil County Court at Law #4 of Harris County, Texas
Trial Court Cause No. 1047713

Respectfully Submitted
Famose T. Garner
SBN 24074252
6201 Bonhomme Road, Suite 354N
Houston, Texas 77036
famosegarner@gmail.com
Phone: (832) 722-0881
Fax: (713) 481-0205
ATTORNEY FOR RELATOR

ORAL ARGUMENT REQUESTED

Dated: May 6, 2015

TO THE HONORABLE COURT OF APPEALS:

Relator, Hugh Larkin files this Motion to Deliver Privileged Documents for *in camera* Review.

1. On April 27, 2015, Relator filed a petition for writ of mandamus. By the mandamus petition, Relator challenges the trial court's order overruling assertions of privilege to defendant's discovery requests and its order denying reconsideration.

2. The Relator provided documents to the trial court for *in camera* review. By this motion, the Relator seeks to provide this Court those same documents to help this Court evaluate the merits of the Relator's privilege claim.

3. Relator seeks an order from this Court directing him to provide the privileged documents for review under any mechanism the Court sees fit to entertain.

## PRAYER

THEREFORE, Relator, Hugh Larkin, respectfully requests that this Court grant this motion and issue an order directing him to provide the privileged documents to the Court for review. Relator further requests all other relief to which he may be entitled.

*/s/ Famose T. Garner*
Famose T. Garner

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of this Motion to Deliver Privileged Documents for *in camera* Review. has been served on the Respondent and Real Parties in Interest this May 6, 2015 addressed as follows:

### *Via E-filing and Hand Delivery*

The Honorable Roberta Lloyd
County Court at Law #4
Harris County Civil
Courthouse 201 Caroline, 5th
Floor
Houston, Texas 77002

### *Via E-filing and Email*

Richard Weaver
THE WEAVER LAW FIRM
1800 Bering Drive, Suite 305
Houston, Texas 77057
rweaver@weaverlawyers.com
*Attorneys for Holly Rodriguez*

Shawn Robert McKee
LAMBRIGHT & ASSOCIATES
2603 Augusta, Suite 1100
Houston, Texas 77057
srm@lambrightlaw.com
*Attorneys for Riverwalk Council of Co-owners, Inc.*

/s/ *Famose T. Garner*
Famose T. Garner
